UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. _____

CARMEN COLON,

    Plaintiff,

vs.

REPROTECH CRYOBANK, INC.,
a Foreign Profit Corporation d/b/a
REPROTECH, LTD, and
HEATHER CUMMINS, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, REPROTECH CRYOBANK, INC., a Foreign Profit Corporation d/b/a REPROTECH, LTD ("REPROTECH"), and Heather Cummins ("Cummins"), individually, (collectively the "Defendants") by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby remove this action from the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida, Ft. Lauderdale. The removal of this action is based upon the following:

    1.    On February 22, 2019, Plaintiff, CARMEN COLON ("Plaintiff"), filed a civil action in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, entitled *Carmen Colon v. Reprotech, LTD., and Heather Cummins,* Case No. CACE-19-004100 (hereinafter referred to as the "State Court Action"). True and correct copies of all process,

pleadings, orders, and other papers or exhibits of every kind currently on file in the Circuit Court Action are attached hereto as Composite Exhibit "A" ("State Court File").

2. On or about March 13, 2019, Plaintiff filed the Amended Complaint in this matter, alleging a failure to pay overtime compensation in violation of the Fair Labor Standards Act, 29 U.S.C. §201, et seq. (the "FLSA").

3. Defendants Reprotech and Cummins were served on April 10, 2019.

## FEDERAL QUESTION JURISDICTION

4. Plaintiff's initial Complaint contained claims against Defendants, Reprotech and Cummins, for violation of the Fair Labor Standards Act, 29 U.S.C. § 216 (b) ("FLSA). (*See* State Court File, Complaint).

5. In Count I, Plaintiff alleged that she is owed overtime under the FLSA by Reprotech. *See id*. In Count II, Plaintiff alleged that she is owed overtime under the FLSA by Cummins. *See id*.

6. On March 13, 2019, Plaintiff amended the Complaint re-alleging the same causes of action as asserted in the initial Complaint. In the Amended Complaint, however, Plaintiff changed the name of the corporate defendant from Reprotech, LTD to Reprotech Cryobank, Inc., a Foreign Profit Corporation d/b/a Reprotech, LTD.

7. On April 10, 2018, both Defendants were served with the Amended Complaint. This constituted Defendants' first legal notice of the State Court Action for purposes of removal.

8. While Defendants deny Plaintiff's allegations and asserts that no violation of law occurred to give rise to the instant cause of action, this matter is within the original federal question jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, because Plaintiff has asserted claims under the FLSA. In addition, the District and Division embracing

the place where this action is presently pending is the United States District Court for the Southern District of Florida, Ft. Lauderdale Division. As such, this action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

9. Moreover, as the Defendants were served on April 10, 2019 this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as it is being filed within thirty-days (30) from the date on which Defendants received notice of the State Court Action.

10. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441.

11. Furthermore, pursuant to 28 U.S.C. § 1446(d), removing Defendants provided written notice of the removal to Plaintiff in this action in that Defendants have contemporaneously filed a copy of this Notice of Removal in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida. A copy of the Notice of Filing Notice of Removal is attached as Exhibit "B."

DATED this 9th day of May 2019.

          Respectfully submitted,

          LITTLER MENDELSON, P.C.
          Wells Fargo Center
          333 S.E. 2nd Avenue, Suite 2700
          Miami, Florida  33131
          Tel:  (305) 400-7500
          Fax: (305) 603-2552

By**:** */s/ Rebecca Anguiano*
          Jonathan A. Beckerman
          Florida Bar No. 568252
          E-mail: jabeckerman@littler.com
          Rebecca Anguiano, Esq.
          Florida Bar No. 99690
          E-mail: ranguiano@littler.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of May2019, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

/s/ Rebecca Anguiano
Rebecca Anguiano, Esq.

**Counsel for Plaintiff**
J.Freddy Perera, Esquire
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esquire
Florida Bar No. 88549
valerie@pererabarnhart.com
Brody M. Shulman, Esq.
Florida Bar No. 092044
brody@pererabarnhart.com
Waynice A. Green, Esq.
Florida Bar No. 116175
waynice@pererabanhart.com
PERERA BARNHART, P.A.
1255 Orange Drive, Second Floor
Davie, Florida 33330
Telephone: (786) 485-5832

**Counsel for Defendants**
Jonathan A. Beckerman
Florida Bar No. 568252
E-mail: jabeckerman@littler.com
Rebecca Anguiano, Esq.
Florida Bar No. 99690
E-mail: ranguiano@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

FIRMWIDE:164312808.1 999999.2022