UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-61183-RAR

**CARMEN COLON**,

    Plaintiff,

v.

**REPROTECH CRYOBANK, INC.**, *et al.*,

    Defendants.

_____/

## ORDER DENYING AS MOOT JOINT MOTION FOR SETTLEMENT APPROVAL

**THIS CAUSE** comes before the Court on the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice [ECF No. 23] ("Joint Motion"), filed September 11, 2019. The Joint Motion stipulates that the "settlement between Plaintiff and Defendants provides for full and complete relief as to Plaintiff's FLSA claims, consideration for a general release, and for attorneys' fees and costs which were negotiated separately from Plaintiff's claims." Joint Mot. at 2. The Joint Motion also requested the Court retain jurisdiction over the settlement agreement. However, the Court will not retain jurisdiction over a settlement agreement it has not fully seen. Accordingly, it is hereby

**ORDERED AND ADJUGED** as follows:

1. The Joint Motion [ECF No. 23] is **DENIED as moot**. *See Mackenzie v. Kindred Hosp. E., L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003) (finding that judicial approval of an FLSA settlement is not required if plaintiff is receiving full compensation for his or her FLSA claim).

2. For the Court to retain jurisdiction of the settlement agreement, the parties must jointly file their settlement agreement under seal on or before **September 17, 2019**. Only upon receipt and review of the parties' settlement agreement, the Court will enter a final order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of September, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**