**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CIV-61183-RAR**

**CARMEN COLON**,

    Plaintiff,

v.

**REPROTECH CRYOBANK, INC.**, *et al.*,

    Defendants.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' submission of their sealed Settlement Agreement [ECF No. 25], filed on September 13, 2019.  Being fully advised, it is

**ORDERED** that the above styled case is **DISMISSED with prejudice** with each party bearing their own attorneys' fees and costs except as set forth in the Settlement Agreement.  The Court will **RETAIN** jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of September, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record